UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GISPI GRULLON,

                Plaintiff,

-v.-

COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,

                Defendant.

25 Civ. 6578 (KPF) (KHP)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    By Order today, the Court is referring this case to Magistrate Judge Katharine H. Parker for a report and recommendation on any motion for judgment on the pleadings.  To conserve resources, to promote judicial efficiency, and in an effort to achieve a faster disposition of this matter, it is hereby ORDERED that the parties must discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before Magistrate Judge Parker.

    If both parties consent to proceed before the Magistrate Judge, counsel for Defendant must, **within two weeks of the date of this Order**, either mail or email to Failla_NYSDChambers@nysd.uscourts.gov a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, a copy of which is attached to this Order (and also available at

https://nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge).  If the Court approves that form, all further proceedings will then be conducted before Magistrate Judge Parker rather than before the undersigned.

2

If either party does not consent to conducting all further proceedings before Magistrate Judge Parker, the parties must file a joint letter, **within two weeks of the date of this Order** advising the Court that the parties do not consent, **but without disclosing the identity of the party or parties who do not consent**. There will be no adverse consequences if the parties do not consent to proceed before the Magistrate Judge.

SO ORDERED.

Dated: August 12, 2025
       New York, New York

KATHERINE POLK FAILLA
United States District Judge