# CHRISTOPHER J. BOWES, ESQ.

obblestone Drive
eham, NY 11786
l. (212) 979-7575
x (631) 929-1700
jbowes@gmail.com

December 17, 2025

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:**_____
**DATE FILED:**  12/18/2025

**APPLICATION GRANTED**

*Katharine H. Parker*  12/18/2025

**Hon. Katharine H. Parker, U.S.M.J.**

Via
Hon Katherine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    Grullon v Commissioner
       25 Civ. 6578 (KHP)

Dear Judge Parker:

I am writing to request an extension of time in which to file plaintiff's Brief in the above Social Security action.   Plaintiff's Brief is currently due on Monday, December 22, 2025 (i.e., 30 days after the filing of the Certified Administrative Record).  This is plaintiff's first request and is made with consent of opposing counsel.

I seek a thirty-day extension of time due to the length of the record and outstanding commitments in other cases that have complicated my ability to complete review of Ms. Grullon's case.   With the consent of opposing counsel, Sergei Aden, I respectfully request that the Court approve the following revised schedule:

| | |
|---|---|
| January 22, 2026 | Plaintiff's Brief |
| March 23, 2026 | Defendant's Brief |
| April 7, 2026 | Plaintiff's Reply |

 Thank you for Your Honor's attention to this matter.

Very truly yours,

/s/ Christopher J. Bowes
Christopher J. Bowes, Esq

cc:    Sergei Aden, Esq,
       Attorney for Defendant